CLEMENT DeR. LEONARD v. THE HOBOKEN PRINTING
AND PUBLISHING COMPANY.

Submitted December 5, 1902—Decided February 24, 1903.

Where the case is one in which the jury was justified in awarding
punitive damages, this court cannot say that they are excessive.

On rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices VAN SYCKEL,
FORT and PITNEY.

For the plaintiff, *William H. Speer.*

For the defendant, *James B. Vredenburgh* and *William S.
Stuhr.*

PER CURIAM.

The court properly refused to nonsuit the plaintiff or to
direct a verdict for the defendant. There was no error in its
rulings upon evidence or in its charge to the jury. The case
was one in which the jury were justified in awarding punitive
damages; that they did so is evident from the amount of the
verdict. The damages being punitive, this court cannot say
that they are excessive.

The rule to show cause will be discharged.